UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-80557-CIV-HURLEY/HOPKINS

CAMOFI MASTER LDC,

    Plaintiff,

v.

IBSG INTERNATIONAL, INC.,

    Defendant.

_____/

## PLAINTIFF CAMOFI MASTER LDC'S
## MOTION FOR SUMMARY JUDGMENT

Plaintiff, CAMOFI MASTER LDC ("CAMOFI"), by and through its undersigned counsel, and pursuant to Rule 56, Fed. R. Civ. P., moves this Court for an order granting summary judgment in its favor against Defendant, IBSG INTERNATIONAL, INC. ("IBSG") as to Count I of the Complaint.[1] As grounds therefor, CAMOFI asserts that the pleadings on file, together with the Affidavit of Keith D. Wellner submitted in support of this Motion, show that there is no genuine issue of material fact as to the claim of CAMOFI against IBSG for breach of contract and that CAMOFI is entitled to judgment as a matter of law. The grounds for this Motion are more particularly addressed in the accompanying Memorandum of Law.

## STATEMENT OF THE CASE

The Plaintiff, CAMOFI, brought this action against IBSG seeking to recover the unpaid amounts owing to it by IBSG under a $1,250,000 loan extended on or about June 30, 2006.

---

[1] The Complaint contains only one count - breach of contract based on a default under a promissory note.

-1-

As set forth in the accompanying Memorandum of Law and Affidavit of Keith D. Wellner submitted in support of this Motion, CAMOFI made the $1,250,000 loan to IBSG as part of a convertible debt placement which was effected through several interrelated transaction documents (the "Transaction Documents"), one of which was a promissory note (the "Note").

Pursuant to the terms of the Transaction Documents, IBSG was required to file an initial registration statement with the Securities and Exchange Commission ("SEC") within forty-five (45) days following the convertible debt placement and to thereafter use its best efforts to have the SEC declare the registration statement effective. IBSG breached its contractual obligations by failing to make the required SEC filing within forty-five (45) days, and has still not made the required filing with the SEC. Said failure to timely make the required filing constitutes an event of default under the Note.

On or about February 21, 2007, CAMOFI and IBSG entered into a Letter Agreement pursuant to which IBSG agreed to pay to CAMOFI the sum of $200,000 (which it did) and to pay the balance owing by May 25, 2007 (the "Letter Agreement"). IBSG failed to pay the balance which was due on May 25, 2007.

IBSG has breached its contractual obligations to CAMOFI under the under the Note and the Letter Agreement despite CAMOFI's demand that it meet its contractual obligations.

## **SUBSTANTIAL MATTERS OF LAW**

1. CAMOFI is entitled to summary judgment in its favor on its claim against IBSG for breach of contract based on the following:

    a. CAMOFI loaned $1,250,000 to IBSG;

    b. The Transaction Documents entered into by the parties required that IBSG

file a registration statement with the SEC but IBSG failed to do so;

c. IBSG's failure to file a registration statement with the SEC constituted an event of default under the Note;

d. IBSG agreed in a subsequent Letter Agreement that it would pay the entire balance owing under the Note by no later than May 25, 2007 but failed to do so;

e. IBSG's failure to pay to CAMOFI the entire loan balance owing under the Note by May 25, 2007 constituted an event of default under the Note and the Letter Agreement;

f. There remains owing by IBSG to CAMOFI under the Note principal in the amount of $1,132,638.89, together with interest in the amount of $314.62 per day from March 1, 2007 to the present; and

g. Pursuant to the terms of the Note, IBSG is obligated to pay to CAMOFI its attorneys' fees and expenses incurred in collecting the amounts owing under the Note.

2. For the reasons set for in the accompanying Memorandum of Law, neither of IBSG's two affirmative defenses constitute valid defenses which would preclude entry of summary judgment in favor of CAMOFI.

Contemporaneously with the filing of this Motion for Summary Judgment, CAMOFI is filing (a) a Memorandum of Law in Support of Motion for Summary Judgment; (b) a Statement of Material Facts in Support of Motion for Summary Judgment; and (c) a Notice of Filing Affidavit in Support of Motion for Summary Judgment.

WHEREFORE, Plaintiff, CAMOFI MASTER LDC, respectfully requests this Court to enter an order granting summary judgment in its favor and against the Defendant, IBSG IINTERNATIONAL, INC. on Count I of its Complaint (Breach of Contract); awarding to CAMOFI its reasonable attorneys' fees and costs in an amount to be determined later; and awarding to CAMOFI such other relief as this Court deems just.

I HEREBY CERTIFY that on this 14th day of September, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I further certify that the foregoing document is also being sent via U.S. mail this day to: Alice K. Sum, Esquire, Fowler White Burnett P.A., Espirito Santo Plaza, 14th Floor, 1395 Brickell Avenue, Miami, Florida 33131-3302.

FITZGERALD MAYANS & COOK, P.A.
Northbridge Centre, Suite 900
515 North Flagler Drive
P.O. Box 3795
West Palm Beach, Florida 33402
(561) 832-8655 (Tel.)
(561) 832-8678 (Fax)

E. Cole Fitzgerald, III
Florida Bar No.: 177789
Fitzgerald@fmc-lawfirm.com
Gregory D. Cook
Florida Bar No.: 708496
Cook@fmc-lawfirm.com
*Florida Counsel for Plaintiff*

-and-

EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016
(212) 779-9910 (Tel.)
(212) 779-9928 (Fax)
*New York Co-counsel for Plaintiff*