UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach Division)

Case No. 07-80557-CIV HURLEY/HOPKINS

CAMOFI MASTER LDC,

        Plaintiff,

- against -

IBSG INTERNATIONAL, INC.,

        Defendant.

_____/

## STATEMENT OF MATERIAL FACTS

In conjunction with its contemporaneously filed Motion for Summary Judgment, and pursuant to Rule 7.5 of the Local Rules of the U.S. District Court for the Southern District of Florida, Plaintiff CAMOFI Master LDC ("CAMOFI"") hereby submits its statement of material facts as to which it contends there exists no genuine issue to be tried.

### Material Facts as to Which Plaintiff Contends there is No Genuine Issue

1. CAMOFI is a limited duration company formed under the laws of the Cayman Islands to operate as a private investment fund. (Wellner Affidavit, at ¶ 2).[1]

2. Defendant IBSG International, Inc. ("IBSG") is a corporation incorporated under the laws of the State of Florida, with its principal address at 1132 Celebration Boulevard, Celebration, Florida 34747. (Answer [DE#8], at ¶ 3).

---

[1] All capitalized but undefined terms and the location of the various references in the record are set forth in the attachment hereto

3. On or about June 30, 2006, CAMOFI loaned IBSG the principal sum of $1,250,000. (Wellner Affidavit, at ¶ 4).

4. The loan was made as part of a convertible debt placement in IBSG (the "Convertible Debt Placement"). (Wellner Affidavit, at ¶ 4).

5. The Convertible Debt Placement was effected through the execution of several interrelated transaction documents. (Wellner Affidavit, at ¶¶ 4-8).

6. One of the transaction documents was the securities purchase agreement between CAMOFI and IBSG, dated as of June 30, 2006. (Wellner Affidavit, at ¶ 5; Answer, at ¶ 8).

7. One of the transaction documents iwa the 10% senior secured convertible notes, issued by IBSG on or about June 30, 2006, with a maturity date of December 30, 2008 (the "Note"). (Wellner Affidavit, at ¶ 6; Answer, at ¶ 9).

8. One of the transaction documents was the registration rights agreement, dated as of June 30, 2006 (the "Registration Rights Agreement"). (Wellner Affidavit, at ¶ 7; Answer, at ¶ 10).

9. One of the transaction documents was the common stock purchase warrant, dated June 30, 2006. (Wellner Affidavit, at ¶ 8; Answer, at ¶ 11).

10. IBSG was required to file an initial registration statement with respect to the "Registrable Securities," as that term is used in the Registration Rights Agreement, within forty-five (45) days following the closing of the Convertible Debt Placement. (Registration Rights Agreement, Sec. 2, attached as Exhibit C to Wellner Affidavit).

2

11. IBSG did not file a registration statement with respect to the "Registrable Securities," as that term is used in the Registration Rights Agreement, within forty-five (45) days of the closing of the Convertible Debt Placement. (Wellner Affidavit, at ¶ 11).

12. IBSG has never filed a registration statement with respect to the Registrable Securities. (Wellner Affidavit, at ¶ 11).

13. On or about February 28, 2007, the parties entered into a subsequent letter-agreement with respect to the Note (the "Letter Agreement"). (Wellner Affidavit, at ¶ 13; Answer, at ¶ 14).

14. IBSG paid CAMOFI $200,000 pursuant to the terms of the Letter Agreement. (Wellner Affidavit, at ¶ 8).

15. IBSG has not paid any monies other than the $200,000 with respect to the Note or the Letter Agreement. (Wellner Affidavit, at ¶ 16).

## Certificate of Service

I HEREBY CERTIFY that on this 14th day of September, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I further certify that the foregoing document is also being served via U.S. mail this day to: Alice K. Sum, Esquire, Fowler White Burnett P.A., Espirito Santo Plaza, 14th Floor, 1395 Brickell Avenue, Miami, Florida 33131-3302.

Dated: September 14, 2007
West Palm Beach, Florida

Respectfully submitted,

**FITZGERALD MAYANS & COOK, P.A.**
Northbridge Centre, Suite 900
515 North Flagler Drive
P.O. Box 3795
West Palm Beach, Florida 33402
(561) 832-8655 (Tel.)
(561) 832-8678 (Fax)

*[signature]*

**E. Cole Fitzgerald, III**
Florida Bar No. 177789
Fitzgerald@fmc-lawfirm.com
**Gregory D. Cook**
Florida Bar No.: 708496
Cook@fmc-lawfirm.com
*Florida Counsel for Plaintiff CAMOFI Master LDC*

-and-

**EATON & VAN WINKLE LLP**
3 Park Avenue
New York, New York 10016
(212) 779-9910 (Tel.)
(212) 779-9928 (Fax)
*New York Co-counsel for Plaintiff CAMOFI Master LDC*

Attachment

## Defined Terms and Location of References to the Record
## which are made in Statement of Material Facts

| Answer | Document #8, filed on the Electronic Civil Docket. |
|---|---|
| Note | Exhibit B to the Wellner Affidavit |
| Registration Rights Agreement | Exhibit C to the Wellner Affidavit |
| Securities Purchase Agreement | Exhibit A to the Wellner Affidavit |
| Warrant | Exhibit D to the Wellner Affidavit |
| Wellner Aff. | Affidavit of Keith D. Wellner, Esq., sworn to September 11, 2007, submitted in support of CAMOFI's motion for summary judgment. |